### WALKER v. McCAULL, *et al.*

(Opinion filed April 7, 1903.)

On rehearing. Affirmed.

For former opinion, see 13 S. D. 512, 83 N. W. 578.

CORSON, J. This case was decided at a former term of this court. and the opinion is reported in 13 S. D. 512, 83 N. W. 578. A rehearing was granted, and the case again argued. The majority of this court after a careful consideration of the case and the arguments of the respective counsel, adhere to their former decision. ·

The judgment of the circuit court and motion denying a new trial are affirmed.

HANEY, P. J., dissents.